### 17820. CURTIS *et al.* v. ASHWORTH.

JENKINS, P. J. The only point raised by the record and argued in the briefs of counsel in this case is controlled adversely to the contention of the plaintiffs in error by the decision of this court in *Griffin* v. *Miller,* 29 *Ga. App.* 585 (116 S. E. 339). Accordingly the court did not err in overruling the general demurrer to the petition.

*Judgment affirmed. Stephens and Bell, JJ., concur.*

DECIDED MAY 11, 1927.

Damages; from city court of Floyd county—Judge Bale. November 2, 1926.

Certiorari was granted by the Supreme Court.

*Harris & Harris,* for plaintiffs in error.

*Willingham, Wright & Covington,* contra.

---

Courts, 15 C. J. p. 919, n. 1.